IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION NO. 18-3087 |
| v. | : | |
| PETERLY NETUS | : | CRIMINAL ACTION NO. 17-172 |

## ORDER

**AND NOW**, this 13th day of November, 2018, upon consideration of Peterly Netus's *pro se* Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Crim. Docket No. 21) and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**. As Netus has failed to make a substantial showing of the denial of a constitutional right, there is no basis for the issuance of a certificate of appealability. The Clerk is directed to **CLOSE** Civil Action No. 18-3087.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.